

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

D-1   JOYA G. MILLS,

    Defendant.
_____/

Case: 2:11-cr-20582
Judge: Edmunds, Nancy G.
MJ: Komives, Paul J.
Filed: 09-20-2011 At 05:01 PM
INFO USA V. MILLS (DA)

Vio.   29 U.S.C. §439(a)

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE

**(29 U.S.C. §439(a) - Failure to Keep Union Financial Records)**

JOYA G. MILLS

1.    At all times material to this Information, Automobile, Aerospace and Agricultural Implement Workers of America (AAAIWA), Local 2500, was a labor organization in an industry affecting commerce within the meaning of Sections 402(i) and 402(j) of Title 29, United States Code.

2.    From on or about September 23, 2006, to on or about December 8, 2006, in the Eastern District of Michigan, Southern Division, JOYA G. MILLS, while an officer, that is, financial secretary of AAAIWA, Local 2500, Detroit, Michigan, did willfully fail to keep

financial records required to be maintained by Section 436 of Title 29, United States Code, that is, financial records identifying the payee, date, amount, and purpose of all disbursements of union funds.

All in violation of Title 29, United States Code, Section 439(a).

BARBARA L. McQUADE
United States Attorney


s/KEVIN MULCAHY
Chief, General Crimes Unit


s/MICHAEL R. MUELLER
Assistant United States Attorney
211 W. Fort Street, Ste. 2001
Detroit, MI 48226
(313) 226-9579
michael.mueller@usdoj.gov
P18049

Dated: 9/20/11

| United States District Court<br>Eastern District of Michigan | Criminal Case | Case: 2:11-cr-20582<br>Judge: Edmunds, Nancy G.<br>MJ: Komives, Paul J.<br>Filed: 09-20-2011 At 05:01 PM<br>INFO USA V. MILLS (DA) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this for

## Reassignment/Recusal Information
This matter was opened in the USAO prior to August ..,

| Companion Case Information | Companion Case Number: N/A |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: N/A |
| ☐ Yes    X  No | AUSA's Initials: |

**Case Title:** USA v. JOYA G. MILLS

**County where offense occurred:** Wayne

**Check One:**   ☐ Felony    X Misdemeanor    ☐ Petty

____ Indictment/ **X** Information --- **no** prior complaint.
____ Indictment/____Information --- based upon prior complaint [Case number: _____]
____ Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____    **Judge:** _____
☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

**Defendant name**          **Charges**          **Prior Complaint (if applicable)**

---

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

9/20/11
Date

s/MICHAEL R. MUELLER
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: (313) 226-9579
Fax: (313) 226-2621
E-Mail address: michael.mueller@usdoj.gov
Attorney Bar #: P18049

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

10/13/09